UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN B. CUMMINGS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas Corporation; JOHN DOES 1-10,<br><br>　　　　　Defendants. | Case No. 4:15-cv-00599-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY



DATED: November 17, 2020

B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1